COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Timothy Hugh Queen
Calcasieu Correctional Center DOC No. 50
P. O. Box 2017
Lake Charles LA 70602


**REHEARING ACTION: August 24, 2011**


**Docket Number: 11   00718-KH**

**STATE OF LOUISIANA**
**VERSUS**
**TIMOTHY HUGH QUEEN**

**Writ Application from Calcasieu Parish Case No. 6736-09**


**BEFORE JUDGES:**

>   **Hon. Elizabeth A. Pickett**
>   **Hon. Shannon J. Gremillion**
>   **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timothy Hugh Queen** has this day been

>   **DENIED.**


cc: John Foster DeRosier, Counsel for  the Respondent